```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 19121
    RONNIE LAWSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-2967


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 05/12/2005 and was confirmed 07/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/19/2007.
---------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
CENTRIX FINANCIAL LLC    SECURED            16850.00         1838.91       8096.26
CENTRIX FINANCIAL LLC    UNSEC W/INTER       8758.18             .00            .00
TRIAD FINANCIAL CORP     SECURED            16528.54         1803.85       7941.79
AMERICAN GENERAL FINANCE UNSEC W/INTER       1123.41             .00            .00
ASSET ACCEPTANCE CORP    UNSEC W/INTER       3117.91             .00            .00
PETER FRANCIS GERACI     DEBTOR ATTY        2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                           1,130.73
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              23,511.54

PRIORITY                                           .00
SECURED                                      16,038.05
    INTEREST                                  3,642.76
UNSECURED                                          .00
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          1,130.73
DEBTOR REFUND                                      .00
                     --------------         --------------
TOTALS               23,511.54               23,511.54
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 19121 RONNIE LAWSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/23/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |